# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McGarity, Margaret D. | US Bankruptcy Court | 03/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☐ Amended Report | 01/01/2015<br>to<br>02/02/2016 |

**7. Chambers or Office Address**

517 E. Wisconsin Ave.
Suite #162
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 03/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Book royalties - State Bar of Wisconsin | $97.11 |
| 2. 2015 | Book royalties - Matthew Bender & Co., Inc. | $1,594.76 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges (NCBJ), annual meeting | September 26-30, 2015 | Miami Beach, FL | board meeting | transportation, food, and lodging |
| 2. | 35th Annual Midwestern Bankruptcy Institute (ABI) | October 16, 2015 | Kansas City, MO | speaker | transportation, food, and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America - Mastercard | credit card | J |
| 2. | Chase Manhattan Bank - VISA | credit card | J |
| 3. | Sears Mastercard | credit card | J |
| 4. | Discover Card | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 03/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BMO Harris Bank (fka M&I Bank), Milwaukee, WI cash accounts | E | Interest | J | T | | | | | |
| 2. Rent from 3rd flr apmt in personal residence, Milwaukee, WI | D | Rent | | | | | | | |
| 3. This row is blank. | | | | | | | | | |
| 4. IRA Trust #001 UBS ---- | | | | | | | | | |
| 5. --UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 6. --Central Fund of Canada - CEF | A | Dividend | L | T | Distributed (part) | 12/07/15 | J | A | |
| 7. This row is blank. | | | | | | | | | |
| 8. IRA Trust #003 - UBS--- | | | | | | | | | |
| 9. --UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 10. --UBS Pace Money Mkt, Investment Fund Class P, symbol PCEXX | A | Interest | | | Sold | 01/22/16 | J | A | |
| 11. --Blackrock U.S. Opportunites Institutional Class, symbol BMCIX | A | Dividend | J | T | | | | | |
| 12. --Black Rock Equity Dividend Fund Institutional, symbol MADVX | A | Dividend | K | T | | | | | |
| 13. --Thornburg Intl Growth Fund, class I, symbol TINGX | A | Dividend | K | T | | | | | |
| 14. --Pace Global Real Estate Securities, invstmt class P, symbol PREQX | A | Dividend | J | T | | | | | |
| 15. --Invesco Small Cap Value Fund Class Y, symbol VSMIX | A | Dividend | J | T | | | | | |
| 16. --Virtus Small Cap Sustainable Growth Fund, Class I, symbol PXSGX | A | Dividend | J | T | | | | | |
| 17. --Loomis Sales Investment Grade bond fund, Class Y, symbol LSIIX | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Wells Fargo Growth-I, symbol SGRNX | A | Dividend | K | T | | | | | |
| 19. --Blackrock High Yield Bond I, symbol BHYIX | A | Dividend | K | T | | | | | |
| 20. --Arbitrage Fund Institutional Class, symbol ARBNX | A | Dividend | K | T | | | | | |
| 21. This row is blank. | | | | | | | | | |
| 22. Investment Account UBS--- | | | | | | | | | |
| 23. --UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 24. --Powershares High Yield Equity Dividend - symbol PEY | A | Dividend | J | T | | | | | |
| 25. --Invesco Value Municipal Income Trust, symbol IIM | A | Dividend | J | T | | | | | |
| 26. --Nuveen Wis Muni Bond - symbol FWIAX | A | Dividend | K | T | | | | | |
| 27. --Delaware Tax Free USA - symbol DMTFX | A | Dividend | J | T | | | | | |
| 28. --Invesco quality Municipal Income Trust, symbol IQI | A | Dividend | J | T | | | | | |
| 29. --Invesco Van Kampen Muni Income Fund, Cl A, symbol VKMMX | A | Dividend | J | T | | | | | |
| 30. --Blackrock Energy & RES TR symbol BGR | A | Dividend | J | T | | | | | |
| 31. --Neuberger Berman Muni Fund - symbol NBH | A | Dividend | J | T | | | | | |
| 32. --Calamos Strategic Total Return Fund - symbol CSQ | A | Dividend | K | T | | | | | |
| 33. This row is blank. | | | | | | | | | |
| 34. Vanguard Wellington Fund Admiral, symbol VWENX (fka VWELX) | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 03/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Windsor Fund Admiral, symbol VWNEX | B | Int./Div. | K | T | | | | | |
| 36. This row is blank. | | | | | | | | | |
| 37. Investment Account #2 - UBS--- | | | | | | | | | |
| 38. --UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 39. --Central Fund of Canada - CEF | | None | J | T | Buy | 12/07/15 | J | | |
| 40. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 03/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note regarding Part VII - Investments and Trusts:

There is no IRA Trust #002. That account was closed in 2008 and the proceeds transferred (i.e., rolled into) IRA Trust #001.

Line #2, Rent from apartment: no valuation for the apartment is stated because this rental unit is contained within the filer's personal residence and is not a separate building.

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 03/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret D. McGarity**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544